

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the matter of the Estate of
Terry Glenn Arnold, deceased,

No. 11-13-00147-CV

\* From the County Court at Law
   No. 2 of Ector County,
   Trial Court No. 20598-11.

\* July 16, 2015

\* Memorandum Opinion by Chew
   (Panel consists of: Wright, C.J.,
   Bailey, J., and Chew, sitting by
   assignment)
   (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against G. Brad Carter.